# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

MARY ANNE GROH, Partner
mgroh@cgajlaw.com
**Reply to: Oakland Office**

June 17, 2025

**Via ECF**
Hon. Esther Salas, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street – MLK5A
Newark, NJ 07101

      Re: **Vazquez v. City of Hackensack, et al**.
          **Civil Case No. 2-21-cv-12830**

Your Honor:

The undersigned represents Defendants in the above-referenced matter wherein Your Honor issued a text order dated June 16, 2025 (ECF130) that, *inter alia,* directs the Clerk to terminate Defendants' motion for summary judgment (ECF 97) and the parties to refile all previously filed papers in connection with that motion and further allows the filing of supplemental briefs by dates certain.  After conferring with Plaintiff's counsel, Catherine M. Elston, Esq., she and I would like clarification as to the filing deadlines.  Here is an excerpt of the text order that seems to be internally inconsistent.

**By no later than August 31, 2025, the parties shall refile their respective summary judgment motion papers as separate docket entries in the order that they were served.**

**\*\*\***

**In the interim, the Clerk of Court shall ADMINISTRATIVELY TERMINATE Docket Entry Number [97]. … [T]he Court hereby GRANTS Defendants' letter request (D.E. No. [128]) and likewise grants Plaintiff's reciprocal request (D.E. No. [129]). Accordingly, by no later than July 11, 2025, Defendants shall serve, but not file, a supplemental brief, not to exceed ten (10) pages, in further support of their summary judgment motion; and by no later than July 21, 2025, Plaintiff shall serve, but not file, a responsive brief, not to exceed ten (10) pages.**

**Once the parties' summary judgment motion papers have been refiled on the docket in accordance with the above instructions, the parties shall then file their respective supplemental briefs as separate docket entries in the order that they were served.**

The last paragraph suggests the filing of supplemental briefs should be filed after the refiling of the summary judgment motion by Defendants, but the specific deadline for filing supplemental briefs is prior to the deadline for re-filing.

The parties respectfully request clarification as to the filing deadlines.  Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Mary Anne Groh*

Mary Anne Groh

cc: Catherine M. Elston Esq. (via ECF)